

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00893-CV

**UVALDE COUNTY HOSPITAL AUTHORITY**,
Appellant

v.

Estela R. **GARCIA**, Individually, on Behalf of all Wrongful Death Beneficiaries,
and on Behalf of The Estate of Juan Garcia, Deceased,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-29540-CV
The Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED as it relates to appellants' claims regarding the use of oxygen and the oxygen delivery system, but we DISMISS FOR WANT OF JURISDICTION appellants' claims relating to negligent supervision and training of employees.

We order that appellees Estela R. Garcia, Individually, on Behalf of all Wrongful Death Beneficiaries, and on Behalf of The Estate of Juan Garcia, Deceased, recover their costs of appeal, if any from appellant Uvalde County Hospital Authority.

SIGNED November 12, 2014.

_____
Marialyn Barnard, Justice